

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-24-00396-CV
_____

DANIELLE HARBECK, Appellant

V.

DIESEL BUILD, LLC; DIESEL DESIGN BUILD, LLC; OLGA ALEXANDRA
MACGREGOR, INDIVIDUALLY, AND AS REPRESENTATIVE AND
DEPENDENT ADMINISTRATOR OF THE ESTATE OF WILLIAM MCCROREY;
2330 JETT ST HOLDINGS, LLC; MCCROREY FAMILY LIMITED
PARTNERSHIP; MCCROREY DEVELOPMENT CORPORATION; AND
MCCROREY LAND AND CATTLE, LLC, Appellees

---

On Appeal from the 16th District Court
Denton County, Texas
Trial Court No. 22-2920-16

---

Before Wallach, J.; Sudderth. C.J.; and Walker, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered appellant's "Notice of Dismissal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellants must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: October 17, 2024